AO 93 (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT

for the
Eastern District of Missouri

**FILED**

**DEC 2 0 2016**

|  |  |  |
|---|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>Washington University in St. Louis<br>#1 Brookings Drive, St. Louis, MO 63130<br>Danforth University Center (DUC), Room 202;<br>And all computers, computer hardware, wireless<br>telephones, and Digital media located therein. | ) ) ) ) ) ) ) | Case No. 4:16 MJ 6276 PLC |

**U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS**

## SEARCH AND SEIZURE WARRANT

To:    Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____ EASTERN _____ District of _____ MISSOURI _____
*(identify the person or describe the property to be searched and give its location)*:
Washington University in St. Louis #1 Brookings Drive, St. Louis, MO 63130 Danforth University Center (DUC), Room 202; And all computers, computer hardware, wireless telephones, and Digital media located therein.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

SEE ATTACHMENTS A & B.

**YOU ARE COMMANDED** to execute this warrant on or before    January 2, 2017    *(not to exceed 14 days)*
✓ in the daytime 6:00 a.m. to 10:00 p.m.    ❑ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____ Patricia L. Cohen _____.
*(United States Magistrate Judge)*

❑    Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
❑ for _____ days *(not to exceed 30)*    ❑ until, the facts justifying, the later specific date of _____.

Date and Time issued:    12/20/16    3:55 P.M.    _____
*Judge's signature*

City and State:    St. Louis, MO    Honorable Patricia L. Cohen, U.S. Magistrate Judge
*Printed name and title*

## ATTACHMENT A

### LIST OF ITEMS TO BE SEIZED

1. Computer(s), computer hardware, wireless telephones, computer software, computer related documentation, computer media (including any and all web cameras), computer passwords and data security devices, wireless phones, videotapes, video recording devices, video recording players, and video display monitors that may be, or are used to: visually depict child pornography; display or access information pertaining to a sexual interest in child pornography; display or access information pertaining to sexual activity with children; or distribute, possess, or receive child pornography, or information pertaining to an interest in child pornography.

2. Any and all computer software, including programs to run operating systems, applications (such as word processing, graphics, or spreadsheet programs), utilities, compilers, interpreters, and communications programs, including, but not limited to, file sharing software.

3. Any and all notes, documents, records, or correspondence, in any format and medium (including, but not limited to, envelopes, letters, papers, e-mail messages, chat logs and electronic messages, and handwritten notes) pertaining to the online accessing with the intent to view, possession, receipt, or distribution of child pornography as defined in 18 U.S.C. § 2256(8)(A) or (C) or to the online accessing with the intent to view, possession, receipt, or distribution of visual depictions of minors engaged in sexually explicit conduct as defined in 18 U.S.C. § 2256(2)(A).

4. In any format and medium, all originals, computer files, copies, and negatives of child pornography as defined in 18 U.S.C. § 2256(8)(A) or (C), visual depictions of minors engaged in sexually explicit conduct as defined in 18 U.S.C. § 2256(2)(A).

5. Any and all diaries, address books, names, and lists of names and addresses of individuals who may have been contacted by Justin CARROLL by use of the computer or by other means for the purpose of producing, distributing or receiving child pornography as defined in 18 U.S.C. 2256(8)(A) or (C) or visual depictions of minors engaged in sexually explicit conduct as defined in 18 U.S.C. 2256(2)(A).

6. Any and all notes, documents, records, or correspondence, in any format or medium (including, but not limited to, envelopes, letters, papers, e-mail messages, chat logs and electronic messages, and handwritten notes), identifying persons transmitting, through interstate or foreign commerce

31

by any means, including, but not limited to, by the United States Mail or by computer, any child pornography as defined in 18 U.S.C. § 2256(8)(A) or (C) or any visual depictions of minors engaged in sexually explicit conduct, as defined in 18 U.S.C. § 2256(2)(A).

7. Any and all notes, documents, records, or correspondence, in any format or medium (including, but not limited to, envelopes, letters, papers, e-mail messages, chat logs and electronic messages, other digital data files and web cache information) concerning the online accessing with the intent to view, receipt, transmission, or possession of child pornography as defined in 18 U.S.C. § 2256(8)(A) or (C) or visual depictions of minors engaged in sexually explicit conduct, as defined in 18 U.S.C. § 2256(2)(A).

8. Any and all notes, documents, records, or correspondence, in any format or medium (including, but not limited to, envelopes, letters, papers, e-mail messages, chat logs and electronic messages, and other digital data files) concerning communications between individuals about child pornography or the existence of sites on the Internet that contain child pornography or that cater to those with an interest in child pornography.

9. Any and all notes, documents, records, or correspondence, in any format or medium (including, but not limited to, envelopes, letters, papers, e-mail messages, chat logs and electronic messages, and other digital data files) concerning membership in online groups, clubs, or services that provide or make accessible child pornography to members.

10. Any and all records, documents, invoices and materials, in any format or medium (including, but not limited to, envelopes, letters, papers, e-mail messages, chat logs and electronic messages, and other digital data files) that concern any accounts with an Internet Service Provider.

11. Any and all records, documents, invoices and materials, in any format or medium (including, but not limited to, envelopes, letters, papers, e-mail messages, chat logs and electronic messages, and other digital data files) that concern online storage or other remote computer storage, including, but not limited to, software used to access such online storage or remote computer storage, user logs or archived data that show connection to such online storage or remote computer storage, and user logins and passwords for such online storage or remote computer storage.

12. Any and all visual depictions of minors under the age of eighteen years engaged in sexually explicit conduct.

13. Any and all address books, mailing lists, supplier lists, mailing address labels, and any and all documents and records, in any format or medium

32

(including, but not limited to, envelopes, letters, papers, e-mail messages, chat logs and electronic messages, and other digital data files), pertaining to the preparation, purchase, and acquisition of names or lists of names to be used in connection with the purchase, sale, trade, or transmission, through interstate or foreign commerce by any means, including by the United States Mail or by computer, any child pornography as defined in 18 U.S.C. § 2256(8)(A) or (C) or any visual depiction of minors engaged in sexually explicit conduct, as defined in 18 U.S.C. § 2256(2)(A).

14. Any and all documents, records, or correspondence, in any format or medium (including, but not limited to, envelopes, letters, papers, e-mail messages, chat logs and electronic messages, and other digital data files), pertaining to occupancy or ownership of the premises described above, including, but not limited to, rental or lease agreements, mortgage documents, rental or lease payments, utility and telephone bills, mail envelopes, or addressed correspondence.

15. Any and all diaries, notebooks, notes, and any other records reflecting personal contact and any other activities with minors under the age of eighteen years visually depicted while engaged in sexually explicit conduct, as defined in 18 U.S.C. § 2256(2)(A).

–33–

## ATTACHMENT B

Driver's License Information

